# Criminal Case Cover Sheet                            U.S. District Court - District of Massachusetts

**Place of Offense:**           Category No. __II__           Investigating Agency __FBI__

**City** __Boston__              Related Case Information:

**County** __Suffolk__           Superseding Ind./ Inf. _____   Case No. _____
                                 Same Defendant _____   New Defendant _____
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number __19-MJ-7276-JCB__
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __TOCHUKWU ABEL EDEH__           Juvenile:   ☐ Yes  ☒ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☒ No

Alias Name _____

Address   (City & State) __Jacksonville, Florida__

Birth date (Yr only): __1991__   SSN (last4#): __2205__   Sex __M__   Race: __Black__   Nationality: __Nigerian__

**Defense Counsel if known:** _____           Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA __Kriss Basil__           Bar Number if applicable __673074__

**Interpreter:**  ☐ Yes  ☒ No    List language and/or dialect: _____

**Victims:**  ☒ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☒ Yes  ☐ No

**Matter to be SEALED:**  ☒ Yes  ☐ No

☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __08/31/2021__           Signature of AUSA: __/s/ Kriss Basil__

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   TOCHUKWU ABEL EDEH

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to commit concealment and promotion money laundering | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____